Elsie Carey, as Administratrix, etc., of Joseph Carey, Deceased, Respondent, v. Brooklyn Eastern District Terminal, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, on the ground that, under the Labor Law,* the notice served is insufficient,

---

* See Consol. Laws, chap. 31 (Laws of 1909, chap. 36), art. 14, as amd. by Laws of 1910, chap. 352.— [REP.

on authority of *Simpson* v. *Foundation Co.* (201 N. Y. 479). Jenks, P. J., Thomas, Carr, Mills and Rich, JJ., concurred.

Charles H. Conklin, Respondent, v. Elizabeth L. Cody, Appellant.— Reargument ordered, and case set down for Wednesday, December 8, 1915. Attention of counsel is called to the fact that the record does not contain the exhibits described therein. Jenks, P. J., Thomas, Carr, Mills and Rich, JJ., concurred.